COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER ON MOTIONS

Appellate case name:      In re DM Works, L.L.C., Relator

Appellate case number:    01-16-00757-CV

Trial court case number:   2016-47447

Trial court:             151st District Court of Harris County

On November 10, 2016, this Court's Order and Notice of Intent to Dismiss for Want of Jurisdiction, among other things, ordered relator to have a motion to substitute and notice of appearance be filed by a licensed attorney within 10 days of that Order, and ordered Gerald Hopkins, relator's current counsel who was disqualified by the trial court, file a motion to withdraw with this Court within 10 days of any motion to substitute. *See* TEX. R. APP. P. 6.5(d). This Court's Order further ordered relator's new counsel to file a supplemental appendix complying with this Court's October 13, 2016 Order, within 10 days of that November 10, 2016 Order, or else this Court may dismiss this mandamus petition for want of prosecution without further notice. *See id.* 42.3(b), (c).

On November 18, 2016, Gerald Hopkins filed a motion to withdraw as relator's counsel in this Court. On November 21, 2016, new counsel Stephen Cochell filed a notice of appearance on behalf of relator in this Court, noting that Hopkins had recently informed Cochell of his intent to file his motion to withdraw. Accordingly, because Hopkins already filed a motion to withdraw as counsel in this Court, the Court construes Cochell's notice of appearance to include a motion to substitute, and **GRANTS** the motions to substitute and withdraw. *See* TEX. R. APP. P. 6.5(d). Withdrawing counsel Hopkins is **ordered** to comply with his notification duties and file a copy of that notice with the Clerk of this Court within 10 days of this Order. *See id.* 6.5(c). The Clerk of this Court is **directed** to remove Gerald Hopkins as counsel for relator and to substitute Stephen Cochell as lead counsel for relator.

Also on November 21, 2016, on behalf of relator, Stephen Cochell filed a motion for a temporary stay of this Court's disposition of any pending motions for a period of ten days to allow Cochell time to evaluate the matter and confer with his client regarding the need for proceeding with this mandamus petition. On November 22, 2016, counsel for real party in interest, Dimensional Machine Works, L.L.C. ("RPI Dimensional"), filed a response in opposition to relator's motion for temporary stay contending, among other things, that a stay is unnecessary because there are no pending motions before this Court.

Accordingly, the Court **GRANTS** the relator's motion to stay, construed as a stay of this Court's disposition of RPI Dimensional's motion to dismiss, filed in this Court on November 7, 2016, which remains pending, and of relator's requirement to file a supplemental appendix, for ten days from the date of this Order.

It is so ORDERED.

Judge's signature:   /s/ Laura Carter Higley
                    ☒ Acting individually

Date:  November 29, 2016